with the order, affirmed, without costs of this appeal to either party. All concur; Sears, P. J., not sitting.

JOSEPH VALVO, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19498.) — Judgment affirmed, with costs. Certain findings of fact disapproved and reversed and new findings made. (See *Conant* v. *State of New York*, 206 App. Div. 647.) All concur, except Sears, P. J., who dissents and votes for reversal on the law on the ground that in his opinion the record is devoid of evidence showing that the flooding of claimant's land was caused by any negligence on the part of the State.

MILTON NEWTON, an Infant, etc., Appellant, v. JOHN H. KEMP, Respondent.— Order reversed on the law in so far as it determines that Walter Newton was a necessary party defendant and in so far as it provides that he be made a party defendant, and otherwise affirmed; and motion in relation to making Walter Newton a party defendant denied, without costs of this appeal ·to either party. All concur.

EDWARD BRITCHER, Respondent, v. MARGARET SKELLY, Appellant, and JOHN HOFMEISTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOSEPHINE TALARICO, Plaintiff, v. NATIONAL SURETY COMPANY, Respondent, and LOUIS M. BALLISTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ALICE H. MICHAEL, Respondent, v. GEORGE F. MICHAEL, Appellant.— Order reversed, without costs, and motion granted. The allegations of the complaint which are attacked, considering the remainder of the complaint, state no facts tending to indicate that the agreement between the parties was unfair, inequitable or unjust. (*Tirrell* v. *Tirrell*, 232 N. Y. 224.) All concur.

THOMAS C. LOWERY and Others, Respondents, v. C. M. McLEAN AND SONS, INCORPORATED, and Another, Appellants, Impleaded with Another, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the grounds stated in the opinion in *White* v. *McLean & Sons, Inc.* [*ante*, p. 342], decided herewith. All concur.

DOMINICO CAMPANA, Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant, and LIVINGSTON COUNTY TRUST COMPANY, Defendant.— Order denying motion for bill of particulars reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur.

DOMINICO CAMPANA, Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant, and LIVINGSTON COUNTY TRUST COMPANY, Defendant.— Order reversed in so far as it vacates the notice in respect to an examination as to the vacancy of the premises and motion denied as to this and order otherwise affirmed, without costs of this appeal to either party. The burden of proof to establish a breach of the terms of the contract in respect to a vacancy of the premises is on the defendant and defendant is entitled to an examination of the plaintiff in respect thereto. All concur.

HATTIE B. WARREN, Respondent, v. WILLIAM J. DOTY, as Administrator, etc., of FRANK M. REEVES, Appellant.— Order modified by providing that the stay is upon condition that the action against the insurance company be brought on or before May 20, 1932, and thereafter prosecuted diligently by the plaintiff therein